**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 03-cv-0118-REB-BNB

RALPH GAMBINA,

    Plaintiff,

v.

MICHAEL DEVER, and
FRANK CHAVARRIA,

    Defendants.

---

MINUTE ORDER[1]

---

    Defendants' Unopposed Motion to Allow Handcuffs, Leg Irons, and a Baton, into Court [#82], filed February 8, 2006, is GRANTED. Defendants, or their counsel, are authorized to bring handcuffs, leg irons, and a baton into the courthouse and into the courtroom for the jury trial set for February 13, 2006.

Dated: February 8, 2006

-----------------------------------------------------------------------------------------------------------------

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.