**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 03-cv-00118-REB-BNB

RALPH S. GAMBINA,

       Plaintiff,

v.

MICHAEL DEVER,
FRANK CHAVARRIA,

       Defendants.

**ORDER**

On Defendants' Unopposed Motion to Defer Entry of Judgment filed March 1, 2006,

IT IS ORDERED that the motion is GRANTED.

                              BY THE COURT:

                              s/ Robert E. Blackburn
                              _____
                              Robert E. Blackburn, Judge

DATED: March 1, 2006.